People v Curley (2023 NY Slip Op 00063)

People v Curley

2023 NY Slip Op 00063

Decided on January 10, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 10, 2023

Before: Acosta, P.J., Webber, Moulton, Shulman, Higgitt, JJ. 

Ind. No. 1158/17 Appeal No. 17039 Case No. 2018-4652 

[*1]The People of the State of New York, Respondent,
v
Cory Curley, Defendant-Appellant.

Justine M. Luongo, The Legal Aid Society, New York (Heidi Bota of counsel), for appellant.
Alvin L. Bragg, Jr., District Attorney, New York (Kerry Fulham of counsel), for respondent.

Judgment, Supreme Court, New York County (Curtis J. Farber, J.), rendered June 26, 2018, convicting defendant, upon his plea of guilty, of attempted criminal possession of a weapon in the second degree, and sentencing him to five years' probation, unanimously affirmed.
By pleading guilty, defendant forfeited his right to review of the court's denial of his CPL 210.40 motion to dismiss the indictment in furtherance of justice (see e.g. People v Hernandez, 198 AD3d 545 [1st Dept 2021], lv denied 37 NY3d 1161 [2022]). There is nothing jurisdictional or fundamental (see People v Hansen, 95 NY2d 227, 230 [2000]) about a discretionary denial of such a motion. In any event, we find that the
court providently exercised its discretion in declining to grant this "extraordinary remedy . . ., which we have cautioned should be exercised sparingly" (Hernandez, 198 AD3d at 545 [citation omitted]).THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: January 10, 2023